# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JORDAN BOCAGE,** <br> **SHEILA GARRETT, and** <br> **JOEL KELLY,** <br><br> Plaintiff, <br><br> v. <br><br> **ACTON CORPORATION,** <br> **IM RECORDS, INC.,** <br> **PRO IMPACT PHYSICAL THERAPY &** <br> **SPORTS PERFORMANCE, LLC, and** <br> **MED-SOUTH, INC.** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO.** <br> ) **2:17-CV-01201** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF PRO TANTO DISMISSAL

COME NOW Plaintiffs Jordan Bocage, Sheila Garrett, and Joel Kelly and Defendant Med-South, Inc. in the above-styled case and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that Plaintiffs' claims against Defendant Med-South, Inc. are dismissed without prejudice, with costs taxed as paid.  All of Plaintiffs' claims against all other remaining defendants shall remain pending before this Court.

Respectfully submitted this the 8th day of November, 2017.


                                        */s/Cameron L. Hogan*
                                        CAMERON L. HOGAN
                                        Attorney for Plaintiffs

03929134.2

OF COUNSEL:
LLOYD & HOGAN
2871 Acton Rd., Ste 201
Birmingham, AL 35243

                                         */s/Robert H. Fowlkes*
                                         ROBERT H. FOWLKES
                                         Attorney for Defendant Med-South, Inc.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 8th day of November, 2017, I electronically filed the foregoing pleading using the CM/ECF System, which will send notice to all counsel of record, or via U.S. Mail, postage prepaid and properly addressed.

| | |
|---|---|
| Mike Pennington | Kip T. Bollin |
| BRADLEY ARANT BOULT | THOMPSON HINE LLP |
| CUMMINGS LLP | 3900 Key Center |
| One Federal Place | 127 Public Square |
| 1819 Fifth Avenue North | Cleveland, OH 44114 |
| Birmingham, AL 35203 | kip.bollin@thompsonhine.com |
| mpennington@bradley.com | |

03929134.2

| | |
|---|---|
| Stephanie M. Chmiel<br>(pro hac vice pending)<br>THOMPSON HINE LLP<br>41 South High Street, Suite 1700<br>Columbus, OH 43215<br>stephanie.chmiel@thompsonhine.com | Pro Impact Physical Therapy &<br>Sports Performance, LLC<br>c/o Michael Ellis<br>Registered Agent<br>7017 Wynlakes Blvd.<br>Montgomery, AL 36117 |
| Acton Corporation<br>c/o James B. Acton, Jr.<br>335 Liberty Ridge Road<br>Chelsea, AL 35043 | |

 

                                                */s/ Cameron L. Hogan*
                                                Of Counsel