# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JORDAN BOCAGE, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 2:17-cv-01201-RDP |
| **ACTON CORPORATION, et al.,** | } |
| **Defendants.** | } |

## ORDER

This case is before the court on the Stipulation of Dismissal filed by Plaintiffs and Defendant Med-South, Inc. on November 8, 2017.  (Doc. # 31).  It is hereby **ORDERED** that the claims against Defendant Med-South, Inc. are **DISMISSED WITHOUT PREJUDICE**.  Accordingly, Defendant Med-South, Inc.'s Motion to Dismiss (Doc. # 16) is **MOOT**.  This dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against any remaining Defendant.

**DONE** and **ORDERED** this November 9, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE