FILED

2017 Nov-21  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JORDAN BOCAGE, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:17-cv-01201-RDP** |
| | } | |
| **ACTON CORPORATION, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER

This case is before the court on the Notice of Pro Tanto Dismissal filed by Plaintiffs on November 21, 2017.  (Doc. # 38).  It is hereby **ORDERED** that the claims against Defendant Pro Impact Physical Therapy & Sports Performance, LLC are **DISMISSED WITHOUT PREJUDICE**.  This dismissal shall not affect any other right, claim or cause of action which Plaintiffs have, or may have, against any remaining Defendant.

**DONE** and **ORDERED** this November 21, 2017.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE