## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JORDAN BOCAGE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 2:17-cv-01201-RDP** |
| **ACTON CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

### ORDER

This matter is before the court on Defendant IM Records, Inc.'s Motion to Dismiss or, in the Alternative, to Strike the Class Definition (Docs. # 13), Defendant Acton Corporation's Motion to Dismiss (Doc. # 37), and IM Records, Inc.'s Motion to Refer Ms. Bocage's Claim to Arbitration and Dismiss or Stay Pending Arbitration (Doc. # 47). For the reasons explained in the Memorandum Opinion entered contemporaneously herewith, both Motions to Dismiss (Docs. # 13; 37) are **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

At the December 14, 2017 hearing, Defendant IM Records, Inc. agreed that it would not require a ruling on its Motion to Refer Ms. Bocage's Claim to Arbitration (Doc. # 47) if the court first ruled in its favor on its then pending Motion to Dismiss (Doc. # 13). Accordingly, the Motion to Refer Ms. Bocage's Claim to Arbitration (Doc. # 47) is **MOOT**.

Costs are taxed against Plaintiffs.

**DONE** and **ORDERED** this February 14, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE